# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| IOSUA MASEN, | CIVIL CASE NO. 22-00026 |
| Plaintiff, | |
| vs. | **ORDER** |
| CONSOLIDATED TRANSPORTATION SERVICES, INC. dba CTSI LOGISTICS GUAM, TYRONE ELLIOTT OATES, CENTURY INSURANCE COMPANY (GUAM) LIMITED and CHUBB INSURANCE HONG KONG LIMITED, | |
| Defendants. | |

Before the court is Plaintiff Iosua Masen's Motion to Dismiss Certain Defendants and to Amend Scheduling and Planning Order.[1] *See* ECF No. 20. Plaintiff asks the court to dismiss his action against Defendants Consolidated Transportation Services, Inc. dba CTSI Logistics Guam, Tyrone Elliott Oates, and Century Insurance Company (Guam) Limited (collectively, the "Settling Defendants") with prejudice pursuant to a settlement agreement per Federal Rule of Civil Procedure 41(a)(2) and to allow Plaintiff to continue his action against non-settling Defendant Chubb Insurance Hong Kong Limited ("Chubb Insurance") pursuant to 22 GCA §

---

[1] The issue of amending the scheduling and planning order will be handled separately by the Magistrate Judge.

18305. *See id.* at 1. Settling Defendants moved to join Plaintiff's Motion to Dismiss. *See* ECF No. 22. Chubb Insurance filed a response. *See* ECF No. 24. Therein, Chubb Insurance is not objecting to the dismissal of the Settling Defendants. Rather, it is asking the court that it also be dismissed.

The court hereby **GRANTS** Plaintiff's motion to dismiss the Settling Defendants. The dismissal shall be with prejudice. As to Chubb Insurance's argument that it should also be dismissed from this case, Chubb Insurance shall file the appropriate motion to dismiss.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Oct 04, 2023