# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| IOSUA MASEN, | CIVIL CASE NO. 22-00026 |
| Plaintiff, | |
| vs. | **CLERK'S JUDGMENT** |
| CHUBB INSURANCE HONG KONG LIMITED, | |
| Defendant. | |

Judgment is hereby entered in favor of Defendant and against the Plaintiff in accordance with the Decision and Order Granting Motion for Summary Judgment With Prejudice (ECF 52) filed on September 30, 2024.

Dated: 30 September 2024 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quinata**